IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| TEXAS ENTERTAINMENT ASSOCIATION, INC., | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-594 |
| GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Defendant's Motion to Quash filed by Glenn Hegar, Comptroller of Public Accounts of the State of Texas. After considering the Motion, the response, the arguments of counsel, and applicable law, the Court **DENIES** the Motion in part, as follows:

**IT IS ORDERED** that if the Comptroller is unable to attend trial personally, he may comply with Plaintiff's subpoena by producing a designated representative with authority to testify on his behalf at trial of this matter.

**IT IS SO ORDERED.**

SIGNED October ____ , 2019.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE